IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 4:19-CR-00363-3 |
| | § | |
| ALDO FERNANDO SOTO | § | |

## NOTICE OF APPEARANCE

TO THE HONORABLE LEE H. ROSENTHAL, CHIEF UNITED STATES JUDGE FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION:

COMES NOW, JAMES M. KENNEDY, and enter his appearance as co-counsel for Defendant, ALDO FERNANDO SOTO, in the above-captioned matter.

Respectfully submitted,

*/s/ James M. Kennedy*
JAMES M. KENNEDY
Federal ID No. 30414
TBA No. 24008754
jameskennedy@schaffercarter.com
Chase Bank Building
712 Main Street, Suite 2400
Houston, Texas 77002
Telephone: (713) 228-8500
Facsimile:  (713) 228-0034

Counsel for Defendant,
ALDO FERNANDO SOTO

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send an email notification of this filing to all registered parties.

>  */s/ James M. Kennedy*
>  JAMES M. KENNEDY